HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.bockmon@fd.org

Attorney for Defendant
BOBBY JONES-HANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-265 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE DATE AND TO ) EXCLUDE TIME |
| BOBBY JONES-HANLEY, | ) Date: December 10, 2013 |
| Defendant. | ) Time: 9:15 a.m. ) Judge: Lawrence K. Karlton |

BOBBY JONES-HANLEY by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for November 26, 2013, be continued to December 10, 2013, at 9:15 a.m.

Due to the Court's availability on November 26, 2013 the parties are seeking a continuance.

Counsel agrees that the time from November 20, 2013 through December 10, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

/ / /

Dated: November 20, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorneys for Defendant
BOBBY JONES-HANLEY

Dated: November 20, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
NIRAV K. DESAI
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the |
| 3 | November 26, 2013, status conference hearing is continued to December 10, 2013 at 9:15 a.m. |
| 4 | Based on the representation of defense counsel and good cause appearing there from, the |
| 5 | Court hereby finds that the failure to grant a continuance in this case would deny defense counsel |
| 6 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 7 | diligence. The Court finds that the ends of justice to be served by granting a continuance |
| 8 | outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that |
| 9 | time up to and including the December 10, 2013 status conference shall be excluded from |
| 10 | computation of time within which the trial of this matter must be commenced under the Speedy |
| 11 | Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and |
| 12 | preparation of counsel. |

Dated: November 21, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*U.S. v Jones-Hanley, et al., 13-cr-265 LKK*

3